UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                Case No. 2:25-cr-9

v.

                                Hon. Hala Y. Jarbou

KAI LIVINGSTON PACKER,

     Defendant.

_____/

## **ORDER**

The Court held a change of plea hearing on the record, with all parties present, on March 2, 2026.  For the reasons stated on the record,

**IT IS ORDERED** that Defendant's oral motion to defer acceptance of his guilty plea until the sentencing hearing is **DENIED.**

**IT IS FURTHER ORDERED** that pending sentencing in this matter, Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with his defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: March 2, 2026

                                          /s/ Hala Y. Jarbou
                                          HALA Y. JARBOU
                                          CHIEF UNITED STATES DISTRICT JUDGE